RECEIVED
IN ALEXANDRIA, LA
DEC 3 0 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

PATRICK RENISON JOHN          DOCKET NO. 10-CV-1505; SEC. P
    #19025-018

VERSUS                         JUDGE DEE D. DRELL

MARIA MEDINA                   MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus be DENIED. In so ordering, we note that, only in his objections to the Magistrate Judge's Report and Recommendation does petitioner **now** suggest the Bureau of Prisons is improperly calculating his sentence. This suggestion is completely at odds with his petition for habeas corpus which attempts to **reurge** that his imposed sentence was improper or illegal. Petitioner provided no evidence in his petition that his Bureau of Prisons sentence calculation is improper. Accordingly, the analysis by the Magistrate Judge is entirely correct.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 30th day of December, 2010.

_____
DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**